IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DAVID BROADWAY, <br><br> Plaintiff, <br><br> v. <br><br> KARI ANN MEEK and ALLSTATE INSURANCE CO., <br><br> Defendants. | CV-17-33-GF-BMM <br><br> **ORDER** |

The Court has been informed that this case has settled at a settlement conference held on February 20, 2018. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions terminated. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **March 20, 2018**, or show good cause for their failure to do so.

DATED this 20th day of February, 2018.

_____
Brian Morris
United States District Court Judge

-1-